**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAM COLAVITA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:09-cv-4768 |
| | : | |
| TOMMY RYAN, | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

**AND NOW,** this 27th day of May, 2010, upon consideration of Defendant, Tommy Ryan's, Motion to Dismiss, (doc. no. 3), Plaintiff's response thereto, Defendant's reply, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED** and the claims against Defendant are **DISMISSED**. The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**